IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-07193 BKT |
|---|---|
| NYDIA M. TORRES BONACIA | |
| Debtor | CHAPTER 13 |

## STATEMENT OF PURPOSE FOR AMENDED SCHEDULE B

TO THE HONORABLE COURT:

COMES NOW DEBTOR through its undersigned counsel of record and before this Court most respectfully states and prays:

1. Pursuant to Local Bankruptcy Rule 1009-1 debtor hereby provides a Statement of Purpose as to amendments to Schedule B which has been amended in order to disclose a checking account which Debtor has at Banco Popular, in said bank account Debtor receives her social security benefits.

WHEREFORE, debtor most respectfully requests that this Court take note of aforementioned amendments.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico on September 22nd, 2011.

DEBTOR AND UNDERSIGNED ATTORNEY HEREBY CERTIFY: that this motion has been filed using the Bankruptcy Court's ECF/ECM electronic filing system who will automatically notify all participants to said system including the Chapter 13 Trustee; All other parties included in attached master address list who are not participants of the Court's automatic filing system shall be notified via regular mail.

LANDRAU RIVERA & ASSOC.
Counsel for Debtors
PO Box 270219
San Juan, PR 00927-0219
TEL. 787-774-0224
FAX: 787-793-1004
landraulaw@prtc.net

*/s/ NOEMI LANDRAU RIVERA*
USDC 215510

IN RE TORRES BONACIA, NYDIA M  Case No. 11-07193 ESL
Debtor(s) (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO POPULAR CHECKING ACCOUNT #252012254 / ACCOUNT USED FOR DEPOSIT OF SOCIAL SECURITY BENEFITS | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE AND HOME APPLIANCES | | 1,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | USED CLOTHING | | 350.00 |
| 7. Furs and jewelry. | | MISC. JEWELRY | | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 TOYOTA TERCEL | | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 3,000.00 |

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE TORRES BONACIA, NYDIA M                                        Case No. 11-07193 ESL
_____                                          _____
              Debtor(s)                                                          (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 22, 2011**         Signature: **/s/ NYDIA M TORRES BONACIA**
                                                **NYDIA M TORRES BONACIA**                        Debtor

Date: _____        Signature: _____
                                                                                      (Joint Debtor, if any)
                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                 _____
                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

TORRES BONACIA, NYDIA M
URB. SANTA ELENA
C/ BN-18
BAYAMON, PR  00957

Cervoni Landrau & Associates
PO BOX 270219
SAN JUAN, PR  00715-0370

BANCO POPULAR
PO BOX 362708
SAN JUAN, PR  00936-2708

BANCO POPULAR DE PUERTO RICO
PO BOX 71375
SAN JUAN, PR  00936-7077

CARMEN INES CAMACHO VELAZQUEZ
P.O. BOX 6973
BAYAMON, PR  00960

CLARO PR
PO BOX 360998
SAN JUAN, PR  00936-0998

EQUIFAX
PO BOX 740241
ATLANTA, GA  30374

EVELYN CAMACHO GONZALEZ
703, 22 ST. APARTMENT 2L
UNION CITY, NJ  07087

EXPERIAN
PO BOX 2002
ALLEN, TX  75013

FRANCISCA CAMACHO VELAZQUEZ
HC-01 BUZON 5459
GUAYNABO, PR  00971

FRANCISCO CAMACHO VELAZQUEZ
P.O. BOX 1161
VEGA ALTA, PR  00692

GEORGE OTERO CALERO, ESQ
P.O. BOX 732
BAYAMON, PR  00960

GUILLERMO A ALEMANY RIVERA, ESQ
P.O. BOX 1167
BAYAMON, PR  00956

GUILLERMO A. ALEMANY RIVERA
P.O. BOX 1167
BAYAMON, PR  00956

GUILLERMO A. ALEMANY RIVERA, ESQ
P.O. BOX 1167
BAYAMON, PR  00956

RUBIS MARILIA CAMACHO VELAZQUEZ
P.O. BOX 70292
SAN JUAN, PR  00936-8292

TRANSUNION
PO BOX 1000
CHESTER, PA  19022