STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**NYDIA M TORRES BONACIA**   Case No.   11-07193-MCF

Chapter 13   Attorney Name:   NOEMI LANDRAU RIVERA*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |

[ ] Prose

[X] Substitute    J. Landrau

**Date & Time:**   9/28/2011   9:55:00AM

[X] R   [ ] NR   LV:   $13,037

[X] This is debtor(s) 2 Bankruptcy filing.

**Creditors:**

Atty Guillermo Alemany and Atty Roberto Figueroa Carrasquillo for creditors Francisca Camacho Velazquez, Carmen I. Camacho Velazquez; Evelyn Camacho Gonzalez and Rubis M. Camacho Velazquez

**II. Oath Administered**
    [X] Yes        [ ] No

**III. Plan**

Date:   08/29/2011       Base:   $39,000.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:   11/4/2011   1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $0.00   =  $3,000.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**NYDIA M TORRES BONACIA**            Case No.    11-07193-MCF

           Chapter 13      Attorney Name:    NOEMI LANDRAU RIVERA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |     [ ] State - years |
| [ ] Insuarence quote |     [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |     [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |     [ ] Premises |
| |     [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**NYDIA M TORRES BONACIA**  Case No. **11-07193-MCF**

Chapter 13   Attorney Name: **NOEMI LANDRAU RIVERA***

---

**COMMENTS**

1) Debtor intends to pay the interest of the other co-owners of the property she resides. State court issued judgment dividing community property of her deceased husband's estate. It appears that the amount awarded to each co-owner as per judgment is the amount listed in Schedule F. On the other hand Plan does not contemplate interest on the judgment. Debtor to address the interest issue. Appearing creditors indicated they will file objection to confirmation due to feasibility.

2) Since debtor intends to prefer the co-owners over her unsecured creditor BPPR, plan should state clearly that debtor is paying the co-owners interest, not creditors, since they are not creditors.

3) Amend voluntary petition to include prior case. Although debtor testified that she did not consent to that filing, the fact is that the case existed.

s/Miriam Salwen   Date: 09/28/2011

**Trustee/Presiding Officer**   (Rev. 02/11)