# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: NYDIA M TORRES BONACIA
Case Number: 11-07193-ESL13        Chapter: 13
Date / Time / Room: 11/2/2011 9:00 AM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: CARLOS APONTE

*[Handwritten note:]* Case filed to stop execution of property by co-owners.

## Matter:

Confirmation Hearing of Amended Plan dated 10/21/2011 (#17)
Opposition to amended plan dated 10/21/11 filed by Evelyn Camacho Gonzalez, et al. (#19)

## Appearances:

ALEJANDRO OLIVERAS RIVERA
NOEMI LANDRAU RIVERA

*[Handwritten:]* Debtor, J. Navarro, José Jackson, R. Figueroa Carrasquillo

## Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

X_ Hearing on Confirmation/Contested Matter is continued to: 1.25.2012 at 9:00 A.M. if contested

___ Attorney's Fees: $3,000.00; Other: X_____

*[Handwritten:]* Debtor granted 30 days to file settlement agreement and amended plan. Trustee granted 14 days thereafter to file recommendation. If favorable, plan may be confirmed. TOITD (#15) held in abeyance.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge

*[Stamp:]* CHAP. OK